```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0231--CV (JWS)
              "CARY WEBB V CENTURY THEATRES INC"

         Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/22/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury
                  28:1332
           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 09/22/05 receipt # 00126634
         Trial by: Jury


Parties of Record:                            Counsel of Record:

PLF 1.1          WEBB, CARY                      John C. Wendlandt
                                                 Sedor Wendlandt et al
                                                 500 L Street, Suite 500
                                                 Anchorage, AK 99501
                                                 907-677-3600
                                                 FAX 907-677-3605

DEF 1.1          CENTURY THEATRES INC            Shannon W. Martin
                                                 Lane Powell et al
                                                 301 W. Northern Lights Blvd.
                                                 Suite 301
                                                 Anchorage, AK 99503-2648
                                                 907-277-9511
                                                 FAX 907-276-2631
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0231--CV (JWS)
                            "CARY WEBB V CENTURY THEATRES INC"

                                   For all filing dates


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 09/22/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (360) Other personal injury
                     28:1332
             Origin: (2) Removed from State Court
             Demand: 100
         Filing fee: Paid $250.00 on 09/22/05 receipt # 00126634
           Trial by: Jury


 Document #   Filed       Docket text

      1 -  1  09/22/05    DEF 1 Notice of Removal from Superior Court State of Alaska  case no.
                          3AN-05-06574CI w/att exh.

      2 -  1  09/22/05    DEF 1 Service List.

      3 -  1  09/23/05    JWS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                          file w/i 10 days cy of state crt docs and svc list. cc: cnsl

      4 -  1  09/26/05    DEF 1 Notice of filing state court record w/att exhs.

      4 -  2  09/26/05    PLF 1 Jury Demand.

      4 -  3  09/26/05    DEF 1 Jury Demand.

      5 -  1  09/27/05    DEF 1 Answer to Complaint.

      6 -  1  09/28/05    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl

      7 -  1  11/01/05    JWS Minute Order that Rule 16(b) stat rpt has not been fld; rpt due w/i
                          15 days of this ord. cc: cnsl

      8 -  1  11/14/05    PLF 1; DEF 1 Scheduling & Planning Report Conference Report.

      9 -  1  11/17/05    PLF 1 Notice correcting address & contact information -plf.

     10 -  1  11/23/05    JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                          07/31/06; Dispositive mots ddln 06/30/06; 4 day TBC estimate. cc: cnsl
```