Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: martins@lanepowell.com
Attorneys for Defendant

RECEIVED
JAN 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CARY WEBB,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY THEATRES, INC., d/b/a CENTURY THEATRES,<br><br>Defendant. | Case No. A05-0231 CV (~~JWS~~) TMB<br><br>**STIPULATION FOR IDENTIFYING EXPERTS** |

COMES NOW, the parties, by and through their counsel of record, and hereby agree to identify retained experts by **March 24, 2006.** The Scheduling and Planning Conference Report did not set forth a deadline for identifying experts.

DATED this 16th day of December, 2005    LANE POWELL LLC
Attorneys for Defendant

By /s/ Shannon W. Martin
Shannon W. Martin, ASBA No. 0105028

DATED this 17th day of December, 2005    SEDOR, WENDLANDT & WANG, LLC
Attorneys for Plaintiff

By /s/ John C. Wendlandt
John C. Wendlandt, ASBA No. 8908046

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631