Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

CARY WEBB,

                         Plaintiff,

v.

CENTURY THEATRES, INC., d/b/a CENTURY
THEATRES,

                         Defendant.

Case No. 3:05-cv-00231-TMB

**MOTION FOR ENTRY OF JUDGMENT**

      Defendant, by and through counsel, hereby gives notice to the court, pursuant to Fed. R. Civ.

P. 68 and A.S. 09.30.065, that the plaintiff has accepted defendant's Offer of Judgment.  Defendant's

Offer of Judgment and the plaintiff's Acceptance of Offer of Judgment are attached hereto and made

a part of this record.  Therefore, defendant respectfully requests that the court enter judgment in favor

of the plaintiff in the amount of One Dollar and No Cents ($1.00) plus prejudgment interest

(calculated on a principal amount of $1.00), Rule 82 attorneys' fees (calculated on a principal amount of

$1.00 plus Rule 82 attorneys' fees), and Rule 79 costs (as may be allowed by the court) in complete

satisfaction of the claim filed in this matter.  Pursuant to Fed. R. Civ. P. 58 (a), a proposed final

judgment is attached hereto for entry by the court.

/

/

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DATED this 24th day of February, 2006

LANE POWELL LLC
Attorneys for Defendant

s/Shannon W. Martin
Shannon W. Martin, ASBA No. 0105028
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Phone:   907-277-9511
Fax:      907-276-2631
Email:   martins@lanepowell.com

I certify that on February 24, 2006, a copy
of the foregoing was served by mail on:

John C. Wendlandt, Esq.
Sedor, Wendlandt & Wang
500 L Street, Suite 500
Anchorage, Alaska  99501-1295

s/ Shannon W. Martin

704709.0006/153806.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631