Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CARY WEBB,<br><br>                                      Plaintiff,<br><br>v.<br><br>CENTURY THEATRES, INC., d/b/a CENTURY THEATRES,<br><br>                                      Defendant. | Case No. 3:05-cv-00231-TMB<br><br>**FINAL JUDGMENT** |

IT IS ORDERED that judgment is entered as follows:

Pursuant to the defendant's Offer of Judgment and the plaintiff's Acceptance of Offer of Judgment, which are attached hereto and made a part of this record, final judgment is entered in favor of the plaintiff, as follows:

| | | |
|---|---|---|
| a. | Principal Amount | $     1.00 |
| b. | Prejudgment Interest on $1.00 (computed at the annual rate of 8.25% from May 1, 2003, to the date of judgment. | $ |
| c. | Sub-Total | $     1.00 |
| d. | Attorneys' Fees<br>     Date Awarded:_____<br>     Judge Timothy M. Burgess | $ |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

|   |   |   |   |
|---|---|---|---|
| e. | Costs | | |
|    | Date Awarded:_____ | | $_____ |
|    | Clerk:_____ | | |
| f. | **TOTAL JUDGMENT** | | $_____ |
| g. | Post-Judgment Interest Rate: | | 8.25% |

_____
The Honorable Timothy M. Burgess
United States District Court Judge

704709.0006/153556.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631