Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: martins@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CARY WEBB,<br><br>                    Plaintiff,<br><br>v.<br><br>CENTURY THEATRES, INC., d/b/a CENTURY THEATRES,<br><br>                    Defendant. | Case No. A05-0231 CV (JWS)<br><br>**OFFER OF JUDGMENT** |

Defendant Century Theatres, Inc., by and through counsel, pursuant to Fed. R. Civ. P. 68 and A.S. 09.30.065[1], and hereby offers to allow judgment to be entered in favor of plaintiff in the total amount of One Dollar and No Cents ($1.00) plus prejudgment interest (calculated on a principal amount of $1), Rule 82 attorneys' fees (calculated on a principal amount of $1 plus Rule 82 attorneys' fees), and Rule 79 costs (as may be allowed by the court) in complete satisfaction of the claim filed in this matter. *Id.* (regarding application of Rules 79 and 82 in federal court). The purpose and intent of this offer is to resolve all claims asserted by plaintiff against defendant Century Theatres, Inc.

---

[1] Where a state law governing attorney's fees is not preempted by federal law, the state law denying the right to attorney's fees or giving a right thereto (i.e., Alaska Civil Rule 68), which reflects a substantial policy of the state, should be followed. *See Alyeska Pipeline Service Co. v. Wilderness Society,* 421 U.S. 240, 95 S.Ct. 1612, 44 L.Ed.2d 141 (1975); *see also Hughes v. Foster Wheeler Co.,* 932 P.2d 784 (Alaska 1997) (holding that state rules governing the award of attorney's fees are not preempted by federal admiralty law).

This offer is made for settlement purposes only and shall not be deemed admissible for any other purpose. Defendant's purpose in making this offer is to obtain an enhanced award of costs and attorneys fees per Fed. R. Civ. P. 68 and A.S. 09.30.065 when it prevails in this matter. This offer shall remain open for ten days following service of the offer, at which time it shall be considered withdrawn as specified in Fed. R. Civ. P. 68 and A.S. 09.30.065.

DATED this 27th day of January, 2006.

LANE POWELL LLC
Attorneys for Defendant

By _____
Shannon W. Martin, ASBA No. 0105028

I certify that on January 27, 2006, a copy of the foregoing was served by hand-delivery on:

John C. Wendlandt, Esq.
Wendlandt & Osowski, LLC
510 L Street, Suite 500
Anchorage, Alaska 99501-2955

704769.0006/153330.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631