John C. Wendlandt (AK Bar # 8908046)
SEDOR, WENDLANDT & WANG, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
E-mail: wendlandt@swwak.com
Attorneys for Plaintiff

**RECEIVED**
FEB 0 8 2006
LANE POWELL PC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CARY WEBB,<br><br>      Plaintiff,<br><br>vs.<br><br>CENTURY THEATRES, INC., d/b/a Century Theatres<br><br>      Defendant. | Case No. A05-0231 CV (JWS)<br><br>**ACCEPTANCE OF OFFER OF JUDGMENT** |

      Plaintiff, through his counsel, accepts that Offer of Judgment made by Defendant Century Theatres, Inc., dated January 27, 2006.

      Dated this 6th of February, 2006, at Anchorage, Alaska.

      SEDOR, WENDLANDT & WANG, LLC
      Attorneys for Plaintiff Cary Webb

      By: *[signature]*
      John C. Wendlandt (AK Bar # 8908046)

I certify that on February 6, 2006, a copy of this document was served via first class mail on:

Shannon W. Martin
Lane Powell, LLC
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503-2648

*[signature]*
John C. Wendlandt

SEDOR, WENDLANDT
& WANG
500 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501
TELEPHONE
(907) 677-3600
FACSIMILE
(907) 677-3605

Acceptance of Offer of Judgment
Cary Webb v. Century Theatres, Inc. – A05-0231 CV (JWS)

Page 1 of 1