AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

For the _____ District of _____ **Alaska** _____

**CARY WEBB**

V.

**CENTURY THEATRES, INC. d/b/a CENTURY THEATRES**

## BILL OF COSTS

Case Number: **3:05-cv-00231-TMB**

Judgment having been entered in the above entitled action on _____ against **CENTURY THEATRES**,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ........................................................... | $ 150.00 |
| Fees for service of summons and subpoena ................................. | 4.42 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ........................................ | |
| Fees for witnesses (itemize on reverse side) ............................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 72.80 |
| Docket fees under 28 U.S.C. 1923 ........................................... | |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Compensation of court-appointed experts .................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ................................................ | |
| TOTAL | $ 227.22 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Shannon W. Martin, Lane Powell, LLC  301 W. Northern Lights Blvd., Ste. 301  Anchorage, Alaska 99503

Signature of Attorney: *John C. Wendlandt*

Name of Attorney: **JOHN C. WENDLANDT**

For: **CARY WEBB, PLAINTIFF**                                   Date: **3-10-06**
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                    Deputy Clerk                    Date

```
ALASKA COURT SYSTEM
ANCHORAGE TRIAL COURT
825 WEST 4TH AVE
ANCHORAGE AK 99501
```

| | | | |
|---|---|---|---|
| Receipt Type | Case | Outstanding Amount | 0.00 |
| Receipt Number | 78023 | Receipt Date | 03/31/2005 |

| | |
|---|---|
| Case Number | 3AN-05-06574CI |
| Description | Webb, Cary vs. Century Theatres, Inc |

Received From   Wendlandt & Osowski
On Behalf Of    Webb, Cary

Itemized Listing:

| Description | Amount |
|---|---|
| Complaint for Personal Injury Other - Superior Ct | 150.00 |

| Receipt Payments | Amount | Reference Description |
|---|---|---|
| Check | 150.00 | 3223 |

| | |
|---|---|
| Total Received | 150.00 |
| Net Received | 150.00 |
| Change | 0.00 |

Comments

Deputy Register    **nlumpkin**    Transaction Date    03/31/2005  16:11:42

WENDLANDT & OSOWSKI
500 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501

CERTIFIED MAIL™

7004 2510 0001 9902 7735

RETURN RECEIPT REQUESTED

CT Corporation System
801 W 10th Street, Suite 300
Juneau, Alaska 99801

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To: CT Corporation System
Street, Apt. No.; or PO Box No. 801 W. 10th St., Ste. 300
City, State, ZIP+4 Juneau, AK 99801

7004 2510 0001 9902 7735

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  8/29

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:
CT CORPORATION SYSTEM
801 W 10th ST., Ste 300
JUNEAU, AK 99801

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0001 9902 7735

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## ITEMIZATION OF COSTS

Copies – 364 x .20/page                                    $ 72.80

**TOTAL**                                                  $ 72.80