John C. Wendlandt (AK Bar # 8908046)
SEDOR, WENDLANDT & WANG, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
E-mail: wendlandt@swwak.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CARY WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTURY THEATRES, INC., d/b/a Century Theatres<br><br>    Defendant. | Case No. 3:05-cv-00231-TMB<br><br>**NOTICE OF COST BILL HEARING** |

    Plaintiff, through his attorneys, notices that the hearing on the Cost Bill submitted herewith has been scheduled for **Thursday, March 16, 2006, at 9:00 a.m.**, held before the Clerk of Court, Federal Building, U.S. Courthouse, 222 West 7th Avenue, Anchorage, Alaska.

    Dated this 10th of March, 2006, at Anchorage, Alaska.

    SEDOR, WENDLANDT & WANG, LLC
    Attorneys for Plaintiff Cary Webb

    By: /s/ John C. Wendlandt
          John C. Wendlandt (AK Bar # 8908046)

I certify that on March 10th, 2006, a copy of this document was served via first class mail to:

Shannon W. Martin
Lane Powell, LLC
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503-2648

and by electronic mail to:

martins@lanepowell.com; gerkenl@lanepowell.com; jensonj@lanepowell.com

/s/ John C. Wendlandt
John C. Wendlandt

SEDOR, WENDLANDT & WANG
500 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501
TELEPHONE
(907) 677-3600
FACSIMILE
(907) 677-3605

Notice of Cost Bill Hearing
Cary Webb v. Century Theatres, Inc. – 3:05-cv-00231-TMB
Page 1 of 1