John C. Wendlandt (AK Bar # 8908046)
SEDOR, WENDLANDT & WANG, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
E-mail: wendlandt@swwak.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CARY WEBB,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY THEATRES, INC., d/b/a Century Theatres<br><br>Defendant. | Case No. 3:05-cv-00231-TMB<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT AND NON-OPPOSITION TO MOTION FOR ENTRY OF JUDGMENT** |

    Plaintiff, through his attorneys, notices that he has accepted the Offer of Judgment described in (and confirmed in the attachments to) that Motion for Entry of Judgment previously filed by Defendant in this matter. Request is hereby made, pursuant to FRCP 68, that the Clerk of Court enter judgment consistent therewith using the form previously submitted by the Defendant. Plaintiff further notes that he has no opposition to that Motion for Entry of Judgment previously filed by Defendant.

    Dated this 13th of March, 2006, at Anchorage, Alaska.

SEDOR, WENDLANDT & WANG, LLC
Attorneys for Plaintiff Cary Webb

By: _/s/ John C. Wendlandt_
John C. Wendlandt (AK Bar # 8908046)

I certify that on March 13th, 2006, a copy of this document was served by electronic mail to:

martins@lanepowell.com; gerkenl@lanepowell.com; jensonj@lanepowell.com

_/s/ John C. Wendlandt_
John C. Wendlandt