IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CARY WEBB,<br><br>                      Plaintiff,<br><br>v.<br><br>CENTURY THEATRES, INC., d/b/a CENTURY THEATRES,<br><br>                      Defendant. | Case No. 3:05-cv-00231-TMB<br><br>**FINAL JUDGMENT** |

IT IS ORDERED that judgment is entered as follows:

Pursuant to the defendant's Offer of Judgment and the plaintiff's Acceptance of Offer of Judgment, which are attached hereto and made a part of this record, final judgment is entered in favor of the plaintiff, as follows:

| | | |
|---|---|---|
| a. | Principal Amount | $      1.00 |
| b. | Prejudgment Interest on $1.00 (computed at the annual rate of 8.25% from May 1, 2003, to the date of judgment. | $ |
| c. | Sub-Total | $      1.00 |
| d. | Attorneys' Fees<br>   Date Awarded: _____<br>   Judge Timothy M. Burgess | $ |

    e.   Costs
          Date Awarded:_____      $_____
          Clerk:_____

    f.   **TOTAL JUDGMENT**      $_____

    g.   Post-Judgment Interest Rate:      8.25%

          /s/ Timothy Burgess
          The Honorable Timothy M. Burgess
          United States District Court Judge