IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CARY WEBB,<br><br>                    Plaintiff,<br><br>v.<br><br>CENTURY THEATRES, INC., d/b/a CENTURY THEATRES,<br><br>                    Defendant. | Case No. 3:05-cv-00231-TMB<br><br>**FINAL JUDGMENT** |

IT IS ORDERED that judgment is entered as follows:

Pursuant to the defendant's Offer of Judgment and the plaintiff's Acceptance of Offer of Judgment, which are attached hereto and made a part of this record, final judgment is entered in favor of the plaintiff, as follows:

a.  Principal Amount                                                                    $     1.00

b.  Prejudgment Interest on $1.00 (computed at the annual         $_____
    rate of 8.25% from May 1, 2003, to the date of judgment.

c.  Sub-Total                                                                                    $     1.00

d.  Attorneys' Fees
    Date Awarded:_____                                          $_____
    Judge Timothy M. Burgess

```
*Total costs taxed for plaintiff against the defendant
Century Theatres, Inc., d/b/a Century Theatres in the
amount of $227.22.
```

    e.  Costs  
          Date Awarded:_____              $_____  
          Clerk:_____

    f.  **TOTAL JUDGMENT**                            $_____

    g.  Post-Judgment Interest Rate:                8.25%

/s/ Timothy Burgess  
The Honorable Timothy M. Burgess  
United States District Court Judge